UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHARLES VERNON ECHOLS,

        Petitioner,

v.

SHERRY BURT,

        Respondent.
_____/

Case No. 1:18-cv-903

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.

Dated:  October 16, 2018          /s/ Paul L. Maloney
                                                                Paul L. Maloney
                                                                United States District Judge